UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


ADRIENNE L. AUSTIN,

        Plaintiff,

    v.                            Case No. 2:21-cv-2650
                                       Chief Judge Algenon L. Marbley
                                       Magistrate Judge Chelsey M. Vascura

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.


## ORDER

This matter is before the Court for consideration of the parties' Joint Motion For Remand (ECF No. 12) pursuant to sentence four of 42 U.S.C. § 405(g). The parties jointly move for the Court to reverse the Commissioner's decision, remand the case for further administrative proceedings, and enter judgment in favor of Plaintiff.

Per the parties' agreement, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner then will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act. A new decision will follow thereafter.

Accordingly, the Commissioner's decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further proceedings. Judgment is entered for Plaintiff.

    **IT IS SO ORDERED.**

                                                   **ALGENON L. MARBLEY**
                                                   **CHIEF UNITED STATES DISTRICT JUDGE**

**Dated: November 10, 2021**